UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EMERSON | CASE No C  3:16-cv-05093-JST |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| METROPOLITAN LIFE INS. CO. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: *Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: 2/15/2017

/s/ Brian H. Kim

Attorney for Plaintiff

Date: 2/15/2017

/s/ Linda S. Oliver

Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: February 21, 2017

_____
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*