Brian H. Kim  (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EMERSON,<br><br>          Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 3:16-cv-05093 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: STANDARD OF REVIEW** |

## JOINT STIPULATION

The parties have reached the following agreement which they jointly request be entered as an order of this Court governing further proceedings:

(1) The parties agree that the standard of review applicable to the Plaintiff's claim is *de novo* for purposes of the trial of this case only;

(2) Metropolitan Life Insurance Company's ("MetLife") stipulation to *de novo* standard of review in this case is for the purposes of the trial of this case only and without

{03938587.2}Case No.: 3:16-cv-05093 JST

1

**JOINT STIPULATION AND [PROPOSED] ORDER RE: STANDARD OF REVIEW**

reference to the appropriate standard of review in any other case. MetLife's stipulation on the standard of review should not be construed as a concession that a *de novo* standard of review is applicable in any other pending cases against MetLife.

Dated: February 16, 2017

                                  BOLT KEENLEY KIM LLP

                                  By: /s/ Brian H. Kim
                                  Brian H. Kim
                                  Attorneys for Plaintiff

Dated: February 16, 2017

                                  MAYNARD, COOPER & GALE, LLP

                                  By: /s/ Linda B. Oliver
                                  Linda B. Oliver
                                  Alexandra Drury
                                  Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

### [PROPOSED] ORDER

Pursuant to the stipulation set forth above, IT IS SO ORDERED.

Dated: February 21, 2017

                                  Hon. Jon S. Tigar
                                  United States District Court