Brian H. Kim  (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EMERSON, | Case No.: 3:16-cv-05093 JST |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;** |
| v. | **[PROPOSED] ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his or its own fees and costs.

The undersigned hereby attest that all signatories to this Stipulation, and all parties on whose behalf the filing is submitted, have authorized its filing.

Dated: July 12, 2017

BOLT KEENLEY KIM LLP

By: /s/ Brian H. Kim
Brian H. Kim
Attorneys for Plaintiff

Dated: July 12, 2017

MAYNARD COOPER & GALE

By: /s/ Linda B. Oliver
Linda B. Oliver
Alexandra Drury
Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

## [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulated Request for Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its or his own attorney's fees and costs.

Dated: July 12, 2017

Hon. Jon S. Tigar
United States District Court

Case No.: 3:16-cv-05093 JST         2         **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**